IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARIA COMEAUX, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SEVENTY SEVEN ENERGY INC., JERRY L. WINCHESTER, VICTOR DANH, ANDREW AXELROD, DOUGLAS J. WALL, DAVID KING, EDWARD J. DIPAOLO, and STEVEN HINCHMAN,<br><br>　　　　Defendants. | Case No. CIV-17-191-M |

## DECLARATION OF C. MICHAEL COPELAND IN SUPPORT OF AN AWARD OF ATTORNEY'S FEES AND EXPENSES

I, C. Michael Copeland, declare:

1.　I am an attorney duly licensed to practice law in, *inter alia*, the Courts of Oklahoma. I am a partner at Jones, Gotcher & Bogan, one of the local counsel for Plaintiffs and the putative class in the above-captioned consolidated class action (the "Action"). I have practiced law within Tulsa County, Oklahoma since May of 1988.

2.　I have personal knowledge of the facts set forth herein and if called as a witness, could and would testify competently to these facts under oath.

3.　I am submitting this declaration in support of award of attorney's fees and expenses.

4.　The services undertaken by my firm in connection with this litigation can be summarized as, *inter alia*: review and revision of all pleadings, motions and other documents filed with the Court in support of our obligations as local counsel; review of discovery produced by

defendants; conferences with lead counsel concerning strategy at various stages of the case; and discussions with lead counsel regarding settlement of the case.

5.  My firm's compensation for services rendered in this litigation was wholly contingent on the success of the action, and was totally at risk. The fees and unreimbursed expenses described herein have not been paid from any source and have not been the subject of any prior request, or prior award, in any litigation or other proceeding.

6.  The following is a chart which details that Jones, Gotcher & Bogan invested 61.90 hours of work, representing a total lodestar of $20,204.50 (see Detail Fee Transaction File List attached hereto as Exhibit "A"):

| PROFESSIONAL | HOURS | RATE | LODESTAR |
| --- | --- | --- | --- |
| Jack L. Brown (Partner) | 29.30 | $325.00 | $ 9,522.50 |
| C. Michael Copeland (Partner) | 31.10 | $325.00 | $ 10,107.50 |
| Stephen J. Pontius (Law Clerk) | 6.70 | $ 75.00 | $ 502.50 |
| Julia A. Strong (Paralegal) | .60 | $120.00 | $ 72.00 |
| | | | |
| TOTALS | | | $ 20,204.50 |

7.  The lodestar calculation above is based on my firm's regular hourly billing rates, and was prepared from contemporaneous time records regularly prepared and maintained by my firm. The hourly rates for my firm's partners, associate attorneys, and professional support staff are the usual and customary hourly rates charged for their services in similar litigation. All of the time included in my firm's lodestar was reasonably and necessarily expended, in my opinion. Time expended in preparing this declaration has not been included in this request.

8. My firm expended a total of $599.57 in unreimbursed expenses in connection with the prosecution of this Action (see Detail Cost Transaction File List attached hereto as Exhibit "B".) These expenses are detailed as follows:

| EXPENSE CATEGORY | AMOUNT |
| --- | --- |
| Courier & Overnight Delivery Services – Priority Mail | $57.97 |
| Court Filing Fees | $400.00 |
| Reproduction (Internal)<br>    Printing - $134.50<br>    Color Printing - $3.30<br>    B&W photocopying - $3.80 | $141.60 |
| **TOTAL** | **$599.57** |

9. Expense items are billed separately and are not duplicated in my firm's lodestar. The expenses my firm incurred in litigating this Action are reflected in the books and records of my firm. These books and records are prepared from expense vouchers, receipts, check records and other source materials and accurately reflect the expenses incurred.

I declare under the penalty of perjury under the laws of the Oklahoma that the foregoing is true and correct and that this Declaration was executed on _June 28_, 2017, in Tulsa, Oklahoma.

_____
C. MICHAEL COPELAND