# Exhibit 19

# EXHIBIT A

| | MONTEVERDE & ASSOCIATES PC - BILLING RECORDS | | |
|---|---|---|---|
| | *Comeaux v. Seventy Seven Energy Inc.*, Case No. CIV-17-191-M | | |
| **Date** | **Attorney** | **Narrative** | **Hours** |
| 1/23/2017 | Juan E. Monteverde | review S-4 filed by Patterson Uti re Seventy Seven | 5.25 |
| 1/27/2017 | Juan E. Monteverde | confer with dozens of sharelholders re deal | 4 |
| 1/31/2017 | Juan E. Monteverde | confer w Miles re potential case and research issues re deal; discuss transacation with multiple shareholders | 5.5 |
| 2/17/2017 | Juan E. Monteverde | draft complaint, and confer w client re same | 7.25 |
| 2/20/2017 | Juan E. Monteverde | review draft complaint | 3 |
| 2/21/2017 | Juan E. Monteverde | finalize complaint | 1 |
| 2/23/2017 | Juan E. Monteverde | review merger agreement to ascertain defense counsel and email same | 0.25 |
| 2/24/2017 | Juan E. Monteverde | follow up w potential defense counsel re service | 0.25 |
| 2/25/2017 | Juan E. Monteverde | email to/from rachelle silveberg re her representation of defs; research motion to expedite and TRO/PI | 2.25 |
| 3/1/2017 | Juan E. Monteverde | follow up re meet and confer w RS at WLRK | 0.25 |
| 3/3/2017 | Juan E. Monteverde | emai to rachelle re status of service | 0.25 |
| 3/9/2017 | Juan E. Monteverde | follow up w rachelle to discuss case and need for PI, further research re PI | 6 |
| 3/13/2017 | Juan E. Monteverde | research timing for PI and appropriates w S/4 and no vote | 5.5 |
| 3/14/2017 | Juan E. Monteverde | review/edit draft PI | 3.25 |
| 3/15/2017 | Juan E. Monteverde | email w Mike Holmes (counsel for Patterson) re FCF disclosure and mootness; research mootness in OK | 3.25 |
| 3/17/2017 | Juan E. Monteverde | finalize demand letter and send to Rachelle | 1.5 |
| 3/21/2017 | Juan E. Monteverde | emails to/from Rachelle re demand letter and to set conference | 0.25 |
| 3/26/2017 | Juan E. Monteverde | follow up w Rachelle and Mike re demand letter to set time to discuss; review/edit PI brief | 4 |
| 3/28/2017 | Juan E. Monteverde | review/revise PI draft and OST | 2.5 |
| 3/29/2017 | Juan E. Monteverde | review OST, email to Rachelle re OST and offer to confer; confer w Miles re case | 1 |
| 3/30/2017 | Juan E. Monteverde | confer w Rachelle re case and potential resolution, research mootness cases and provide samples to Rachelle to consider; follow up email w Mike re case | 2.25 |
| 4/1/2017 | Juan E. Monteverde | follow up w Paul Rowe taking over for Rachelle re case and pending PI | 0.5 |
| 4/2/2017 | Juan E. Monteverde | prepare for and conuct call w Paul Rowe re case | 1.25 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 4/6/2017 | Juan E. Monteverde | review opposition to PI and SEC letters, confer w Miles re next steps, research mootness posture, confer w Mike Holmes re status of case and ootness, confer w client re mootness and decision in case | 6.5 |
| 4/10/2017 | Juan E. Monteverde | discuss w miles next steps and to withdraw PI, research withdraw vehicles | 1 |
| 4/11/2017 | Juan E. Monteverde | receive and review PI withdrawal order | 0.25 |
| 5/12/2017 | Juan E. Monteverde | discuss w Miles next steps and calendar | 0.25 |
| 5/15/2017 | Juan E. Monteverde | review/edit stip to dismiss and retain fee | 0.5 |
| 5/18/2017 | Juan E. Monteverde | review defs changes, discuss w Miles, edit stip w defendants changes | 1 |
| 5/21/2017 | Juan E. Monteverde | follow up w defs counsel re stip | 0.25 |
| 5/22/2017 | Juan E. Monteverde | call mike holmes to discuss stip and case | 0.25 |
| 5/24/2017 | Juan E. Monteverde | review revised stip to dismiss and finalize same | 0.5 |
| 5/31/2017 | Juan E. Monteverde | discuss w Miles next steps and fee strategy | 0.5 |
| 6/26/2017 | Juan E. Monteverde | review/edit fee brief | 4.5 |
| | | | **76** |
| | | | |
| 1/31/2017 | Miles Schreiner | Research re. deal and companies, review/analyze proxy, prepare outline of disclosure issues | 7.75 |
| 2/1/2017 | Miles Schreiner | Research re. deal and companies, review/analyze proxy, and draft/revise initial complaint | 7.25 |
| 2/21/2017 | Miles Schreiner | Review emails re. obtaining local counsel; emails re. additional disclosure claim to add to complaint | 0.25 |
| 2/21/2017 | Miles Schreiner | Revise/edit complaint | 2.5 |
| 2/22/2017 | Miles Schreiner | Revise/edit complaint – email to local counsel for filing | 3.5 |
| 2/22/2017 | Miles Schreiner | Emails with local counsel re. filing of complaint | 0.25 |
| 2/23/2017 | Miles Schreiner | Emails with local counsel re. service of complaint | 0.25 |
| 2/23/2017 | Miles Schreiner | Review/analyze Amendment No. 1 to proxy to determine if any disclosure issues addressed | 1.5 |
| 3/14/2017 | Miles Schreiner | Review/analyze Amendment No. 2 to proxy to determine if any disclosure issues addressed | 1.75 |
| 3/14/2017 | Miles Schreiner | Conference with partner re. case status and strategy | 0.5 |
| 3/14/2017 | Miles Schreiner | Initial draft of preliminary injunction brief; legal research re. same | 4.5 |
| 3/17/2017 | Miles Schreiner | Draft/revise disclosure demand letter to defendants; legal research re. same | 2.5 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 3/21/2017 | Miles Schreiner | Review emails from defense counsel re. demand letter | 0.25 |
| 3/26/2017 | Miles Schreiner | Review emails from defense counsel re. demand letter | 0.25 |
| 3/27/2017 | Miles Schreiner | Continue drafting/revising preliminary injunction brief and supporting documents; legal research re. same | 9.25 |
| 3/27/2017 | Miles Schreiner | Emails with local counsel re. preparing preliminary injunction motion | 0.25 |
| 3/28/2017 | Miles Schreiner | Continue drafting/revising preliminary injunction brief and supporting documents; legal research re. same | 4.25 |
| 3/28/2017 | Miles Schreiner | Emails with local counsel re. filing preliminary injunction motion; email to defense counsel with filed motion | 0.25 |
| 3/29/2017 | Miles Schreiner | Review court's order setting hearing on preliminary injunction motion | 0.25 |
| 3/29/2017 | Miles Schreiner | Review emails with defense counsel and local counsel re. injunction hearing | 0.25 |
| 3/29/2017 | Miles Schreiner | Conference with Partner re. case status and strategy | 0.75 |
| 3/30/2017 | Miles Schreiner | Conference with partner re. case status and strategy | 0.5 |
| 3/30/2017 | Miles Schreiner | Review emails with local counsel and defense counsel re. case | 0.25 |
| 4/1/2017 | Miles Schreiner | Review emails from defense counsel re. case | 0.25 |
| 4/6/2017 | Miles Schreiner | Review/analyze defendants' opposition papers to injunction including SEC letters | 2.5 |
| 4/6/2017 | Miles Schreiner | Conference with Partner re. case status and strategy | 0.5 |
| 4/9/2017 | Miles Schreiner | Review/analyze complaint filed in related Delaware action | 0.75 |
| 4/10/2017 | Miles Schreiner | Conference with Partner re. case status and strategy | 0.25 |
| 4/10/2017 | Miles Schreiner | Emails with local counsel re. withdrawing PI motion | 0.25 |
| 4/10/2017 | Miles Schreiner | Draft notice of withdrawal of PI motion | 1.25 |
| 4/11/2017 | Miles Schreiner | Review order regarding withdrawn PI motion | 0.25 |
| 5/12/2017 | Miles Schreiner | Emails with local counsel re. call from judge's clerk | 0.25 |
| 5/12/2017 | Miles Schreiner | Conference with Partner re. case status and strategy | 0.25 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 5/15/2017 | Miles Schreiner | Draft stipulation re. dismissal of action and court's retention of jurisdiction re. fee; email to defendants re. same | 1.5 |
| 5/18/2017 | Miles Schreiner | Review emails from defense counsel re. stipulation and their amendments to stipulation | 0.75 |
| 5/21/2017 | Miles Schreiner | Review emails from defense counsel re. stipulation | 0.25 |
| 5/24/2017 | Miles Schreiner | Review final stip. | 0.25 |
| 5/25/2017 | Miles Schreiner | Review emails with local counsel re. filing stip. | 0.25 |
| 5/31/2017 | Miles Schreiner | Review order re. dismissal and fee jurisdiction; emails with local counsel re. same; meeting with partner re. same | 1.25 |
| 6/12/2017 | Miles Schreiner | Draft/revise brief in support of motion for attorney's fees; legal research re. same; | 5.5 |
| 6/13/2017 | Miles Schreiner | Draft/revise brief in support of motion for attorney's fees; legal research re. same; | 7.5 |
| 6/14/2017 | Miles Schreiner | Draft/revise brief in support of motion for attorney's fees; legal research re. same; | 7.25 |
| 6/15/2017 | Miles Schreiner | Draft/revise brief in support of motion for attorney's fees; legal research re. same; | 8.25 |
| 6/16/2017 | Miles Schreiner | Draft/revise brief in support of motion for attorney's fees; legal research re. same; | 4.75 |
| 6/20/2017 | Miles Schreiner | Draft/revise brief in support of motion for attorney's fees; legal research re. same; | 3.5 |
| 6/27/2017 | Miles Schreiner | Draft/revise brief in support of motion for attorney's fees; legal research re. same; | 2 |
| | | | **98.5** |