# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARIA COMEAUX, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SEVENTY SEVEN ENERGY, INC., JERRY L. WINCHESTER, VICTOR DANH, ANDREW AXELROD, DOUGLAS J. WALL, DAVID KING, EDWARD J. DIPAOLO, and STEVEN HINCHMAN,<br><br>Defendants. | Case No. CIV-17-191-M |

## **ORDER**

Before this Court are the following Motions:

1. Plaintiffs' Motion for Attorney Fees [Docket no. 23];

2. Plaintiffs' Motion for Attorney Fees Declaration of Monteverde in Support [Docket no. 24]; and

3. Plaintiffs' Motion for Attorney Fees Declaration of Copeland in Support [Docket no. 25].

1

Plaintiffs' requested $380,000 in attorney fees and expenses. For the reasons set forth in the Court's Order entered this date, Plaintiffs' Motions [Docket nos. 23, 24, and 25] are DENIED.

**IT IS SO ORDERED this 26th day of February, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE